UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NAISHIA JACKSON,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION
AND GOOD SHEPHERD SERVICES,

                Defendants.
-----------------------------------------------------------------x

10 CIV. 9193 (DLC) (DCF)

NOTICE OF
**APPEARANCE**

      PLEASE TAKE NOTICE that Plaintiff NAISHIA JACKSON appears in this action, and that I, Sherilyn R. Dandridge, Esq., have been retained as counsel for the Plaintiff. All future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated:  May 1, 2012
         New York, New York

BY: _____
Sherilyn Dandridge, Esq. (SD - 5779)
The Dandridge Law Firm
1120 Avenue of the Americas, 4th Floor
New York, New York 10036
Tel.: 212-586-5821
E-mail: Sheri@SDandridgeLaw.com