```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NAISHA JACKSON,                          :     10 CIV. 9193 (DLC)
                    Plaintiff,           :
                                         :         ORDER
          -v-                            :
                                         :
NEW YORK CITY DEPARTMENT OF EDUCATION    :
and GOOD SHEPHERD SERVICES,              :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

On June 4, 2012, the Court issued an Opinion and Order granting the New York City Department of Education's motion to enforce the parties' settlement agreement. Accordingly, it is hereby

ORDERED that the parties shall execute, by **June 15, 2012**, a finalized version of the stipulation of settlement that was circulated among the parties' attorneys via e-mail on April 20, 2012 (the "Stipulation of Settlement").

IT IS FURTHER ORDERED that in the event the plaintiff does not execute the Stipulation of Settlement by June 15, 2012, this action will be dismissed with prejudice.

IT IS FURTHER ORDERED that the June 12, 2012 deadline for submitting the Joint Pretrial Order, the June 14, 2012 Final Pretrial Conference, and the June 18, 2012 trial are cancelled.

SO ORDERED

Dated:   New York, New York
         June 4, 2012

```
          _____
                 DENISE COTE
          United States District Judge
```